UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLSON JEAN-LOUIS, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
16 CV 5275 (PKC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for November 1, 2017, shall be held on October 23, 2017, at 10:30 a.m.

    1) The following plaintiffs, who are incarcerated, shall participate in the settlement conference via telephone:

        <u>New York City Department of Corrections</u>:

        Benjamin Banks (Metropolitan Detention Center)

        <u>New York State Department of Corrections and Community Supervision</u>:

        Osvaldo Agosto (Cape Vincent Correctional Facility), Andy Borgella (Green Haven Correctional Facility), Santino Broderick (Shawangunk Correctional Facility), Kareem Haywood and Ahmed Massey (Cayuga Correctional Facility), Farleek Hopkins and Shane Morris (Coxsackie Correctional Facility), Ricardo Jacquet (Great Meadow Correctional Facility), Jesus Perez (Edgecombe Residential Treatment Facility), Tashan Rodney (Collins Correctional Facility), Tyrik Styles (Watertown Correctional Facility), Kaseem Wilson (Upstate Correctional Facility) and Tyrone Williams (Clinton Correctional Facility);

1

2) plaintiffs Bevion Blaine, Colson Jean-Louis, Shanori Knibbs and John Whichard, counsel to the plaintiffs and counsel to the defendants shall participate in the conference, in person, by appearing in courtroom 228, 40 Centre Street, New York, New York;

3) the Warden, Superintendent, or other official in charge of each of the above-named facilities shall, in each case, provide the plaintiff(s) housed in such official's facility a private room, with telephone service, so that the plaintiff(s) may participate in the settlement conference with the Court; each plaintiff shall appear in the private room designated by the Warden, Superintendent or other official in charge of the facility, to participate in said telephonic conference;

4) the plaintiffs' counsel, Ryan Lozar, Esq., shall cause the telephone conference to be initiated; and

5) the plaintiffs' counsel is directed to serve a copy of this Order on the Warden, Superintendent or other official in charge of each of the above-named facilities, expeditiously. The parties are reminded to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement.

Dated: New York, New York  
       October 18, 2017

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE