UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

COLSON JEAN-LOUIS, et al.,

                    Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------ x

**ORDER**

16 Civ. 5275 (PKC) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/17

**HON. KEVIN NATHANIEL FOX, United States Magistrate Judge:**

    This Court has scheduled a settlement conference with the Parties in the above-captioned case on Monday, October 23, 2017, at 10:30 a.m. which will involve telephonic appearance by certain Parties who reside in NYS DOCCS and NYC DOC correctional facilities. In a related Order, the Court previously directed facility officials to produce those Parties so that they may participate in the conference for its duration, however long it may be.

    **IT IS HEREBY ORDERED**: that facility officials make the Parties available at 9:30 a.m. on October 23, 2017, so that their respective telephone connections may be achieved through the telephone conference operator working with Plaintiff's Counsel Ryan Lozar, Esq., and Drei Munar, Esq., and merged successfully in advance of the conference start time. During this one-hour period, Mr. Lozar and/or Ms. Munar shall be permitted to speak to the connected Parties to prepare them for when the Court connects to the line and begins the conference.

    **IT IS HEREBY ORDERED**: that Plaintiff's Counsel Ryan Lozar, Esq., and Drei Munar, Esq., are directed to coordinate and cooperate with the relevant NYS DOCCS and NYC DOC officials to timely achieve this end starting at 9:30 a.m. on Monday, October 23, 2017.

SO ORDERED: 10/20/17

*Kevin Nathaniel Fox*

Hon. Kevin Nathaniel Fox
United States Magistrate Judge