The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
ryanlozar@gmail.com



**MEMO ENDORSED**

APRIL 5, 2018

Re:   Jean Louis, et al., v. City of NY, et al., No. 16 Civ. 5275 (PKC) (SDNY)

Dear Judge Castel:

I represent the nineteen Plaintiffs in the above-captioned Section 1983 litigation. In late 2017 Defendants served each Plaintiff with a FRCP 68 Offer of Judgment. Each Plaintiff accepted. Docket Nos. 61-79.

I write on behalf of the Parties to jointly report that we have reached a settlement in principle of the reasonable fees, costs and expenses arising from the FRCP 68 Offers. As a result, the Parties respectfully request that the Court relieve them of the Scheduling Order for potential fees-and-costs motion practice. Docket Entry 3/16/2018. In addition, the Parties respectfully request leave to file the necessary settlement papers within thirty days.

Thank you.

Sincerely,

Ryan Lozar

*[Handwritten endorsement: Time to file application for attorneys fees (and response and reply) are adjourned by 45 days in contemplation of settlement. SO ORDERED. USDJ 4-6-18]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-6-18